IN THE UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK KENDALL McFADDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIV-12-208-JHP |
| v. ) | |
| ) | |
| ARCH INSURANCE COMPANY, ) | |
| a Missouri corporation, ) | |
| ) | |
| Defendants. ) | |

## DISMISSAL WITH PREJUDICE

Comes Now Plaintiff, Mark Kendall McFadden, by and through counsel, Justin Stout, and hereby dismisses this legal action and all claims presently existing against the above named Defendants, Arch Insurance Company, with prejudice to re-filing of the same, due to a mutually agreeable settlement between the parties.

Respectfully submitted,


/s/ Justin Stout
Justin Stout,   OBA# 1851
Wright, Stout, & Wilburn, P.L.L.C.
P.O. Box 707
Muskogee, OK 74402
918-682-0091   Office
918-683-6340   Facsimile
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013, I electronically filed the foregoing "Dismissal With Prejudice" with the Clerk of Court using the ECF System.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants, Kirk D. Willis and Lu Ann Stout.


/s/ Justin Stout
Justin Stout